**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00744-CR

## LEE CARTER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F20-75649

## ORDER

Before the Court is Court Reporter Cheryl A. Dixon's request for a third extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 12, 2023**. We caution Ms. Dixon that further extensions will be strongly disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE